[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
AMENDED AND SUPPLEMENTAL MEMORANDUM OF DECISION AND JUDGMENT
After hearing held on September 27, 1995 the Court finds the following:
The amount due on the note as of September 27, 1995 is:
 Principal $253,749.50 Interest 113,765.86 Late Charges 3,841.24 Negative Escrow Paid by Bank 23,120.68 Per diem $59.5442 from May 16, 8,038.47 1995 to Sept. 27, 1995, 135 days ___________ $402,515.75 Plus Attorneys' fees 18,585.00 ----------- TOTAL $421,100.70
Judgment of strict foreclosure and possession may enter. The law day is November 27, 1995.
Frances Allen State Trial Referee